IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bradley Shane Sheppard, ) | |
| ) | Cr. No. 0:15-03081-MBS |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| L.R. Thomas, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Petitioner Bradley Shane Sheppard is a prisoner in custody of the Bureau of Prisons who currently is housed at the Federal Correctional Institution – Edgefield in Edgefield, South Carolina. On August 5, 2015, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, asserting that he is being detained illegally. Petitioner alleges that a prior conviction used to sentence him as an armed career criminal does not qualify as a crime of violence under 18 U.S.C. 924(e). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Paige J. Gossett for a Report and Recommendation.

The Magistrate Judge reviewed the petition pursuant to the Rules Governing § 2254 Cases, 28 U.S.C. § 2254; the Antiterrorism and Effective Death Penalty Act of 1955, and other legal precedents. The Magistrate Judge determined that Petitioner's remedy is to bring an action pursuant to 28 U.S.C. § 2255. Accordingly, the Magistrate Judge issued a Report and Recommendation on October 21, 2015, recommending that the § 2241 petition be dismissed without prejudice. In a footnote, the Magistrate Judge noted the possible application of <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015), but observing that, since <u>Johnson</u> had not been determined to be retroactive to cases on collateral review, addressing the merits of a <u>Johnson</u> claim under § 2241 would be premature.

Since the issuance of the Magistrate Judge's Report and Recommendation, Petitioner applied for and received from the Fourth Circuit Court of Appeals authorization to file a successive habeas application pursuant to Johnson. Petitioner filed a motion pursuant to 28 U.S.C. § 2255 on May 4, 2016. It appears that Petitioner has obtained an adequate remedy pursuant to § 2255. See In re Vial, 115 F.3d 1192, 1194 n.5 (4th Cir. 1997).

The court concurs in the recommendation of the Magistrate Judge. Petitioner's § 2241 motion is dismissed without prejudice and without requiring Respondent to file a return. Additionally, Petitioner's Motion for Release of Prisoner (ECF No. 19) is denied as moot.

**IT IS SO ORDERED**.

    s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

July 13, 2016.